**ORIGINAL**


**FILED**

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0091

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0091

CORVEN MARQUARDSON,

Petitioner,

v.

LT. JASON VALDEZ, YELLOWSTONE
COUNTY DETENTION FACILITY,

Respondent.

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Corven Dwight Marquardson has filed a Petition for Writ of Habeas Corpus, indicating illegal incarceration because he was denied reinstatement of bail while he appeals his conviction of misdemeanor driving under the influence of alcohol or drugs (DUI) from the Municipal Court of Billings. Marquardson asserts that the denial of bail is contrary to law, specifically § 46-9-107, MCA.

Section 46-9-107, MCA, provides:

> A person intending to appeal from a judgment imposing a fine only or from any judgment rendered by a justice's court or city court must be admitted to bail. The court shall order the detention of a defendant found guilty of an offense who is awaiting imposition or execution of sentence or a revocation hearing or who has filed an appeal unless the court finds that, if released, the defendant is not likely to flee or pose a danger to the safety of any person or the community.

Marquardson contends that he should be released on bail pending his appeal. He explains that he was released on bail awaiting his sentencing and that he abided by the imposed parameters. He states that his counsel notified the court about a timely appeal and that his counsel moved the court to stay the execution of judgment and to reinstate bail. Acknowledging that the judge has the discretion to make a decision, Marquardson

maintains that in this case "[t]he Judge[']s decision to deny bail while on appeal is arbitrary and [capricious]."

The Judge's decision was neither arbitrary nor capricious. We requested and reviewed pertinent documents from the Municipal Court record. On December 28, 2021, Marquardson's counsel filed a Notice of Appeal and Motion to Stay Execution of Judgment, pending further action in District Court, and citing § 46-20-204, MCA. The City timely filed its Objection, explaining that Marquardson did not file a motion to be admitted to bail and citing to § 46-9-107, MCA. The City highlighted the issuance of five bench warrants during Marquardson's proceeding, his failure to appear, his prior criminal history, his likelihood to flee, and community safety. In its January 7, 2022 Order, the Municipal Court denied Marquardson's Motion to Stay Proceedings, finding that Marquardson "poses a danger to the safety of the community and is a potential flight risk[.]" Pursuant to § 46-9-107, MCA, a defendant has a right to be admitted to bail pending appeal unless the court finds that he is likely to flee or that he poses a danger to the safety of any person or to the community. *Wier v. Lincoln Cnty. Sheriff's Dep't.*, 278 Mont. 473, 476, 925 P.2d 1172, 1174 (1996). The Municipal Court made such findings in this case.

Though we have considered the merits of Marquardson's petition, we caution him to refrain from filing further pleadings with this Court while he is represented by counsel in his appeal to the District Court. M. R. App. P. 10(1)(c).

The denial of his bail is not contrary to § 46-9-107, MCA. Marquardson has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. Therefore,

IT IS ORDERED that Marquardson's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: Judge Sheila Kolar, Municipal Court; Valerie Dekker, Clerk, under Cause No. TK-20-6563; Lt. Jason Valdez, Yellowstone County Detention Center; Gina Dahl, City Attorney; Jenna Fiscus, Defense

2

Counsel; Scott Twito, Yellowstone County Attorney; counsel of record, and Corvin Marquardson personally.

DATED this _____ day of March, 2022.

_____

_____

_____

_____

_____
Justices